MAR 1 2 2003
AT
CLERK U.S. DISTRICT
DISTRICT OF MARYLAND
BY                    DEPUTY

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

EDWARD G. BERNARD, JR.

    Plaintiff,

v.

CALHOON MEBA ENGINEERING SCHOOL

    Defendant.

Civil Action No.: 03 CV 531

CLERK OF COURT:

Please re-issue summons in the above-captioned matter.

*[signature: Jean D. Meta]*
Jean D. Meta, Esquire
Maryland Federal Bar No.: 15569
Law Office of Jean D. Meta
133 Defense Highway, Suite 111
Annapolis, Maryland 21401
Telephone: (410) 224-0755
Facsimile: (410) 224-7079

Attorney for Plaintiff

Dated: March 11, 2003