# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Edward G. Bernard, Jr.
            **Plaintiff**

                                                            *Se cond*
    **vs.**                                          **SUMMONS**

                                                    **CIVIL ACTION NO.**
**Calhoon MEBA Engineering School**                 **AMD-03-531**
            **Defendant**


## TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose

address is:

                    133 Defense Highway, Suite 111
                    Annapolis, MD  21401


an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the date of service.  If you fail to do so, judgment by

default will be taken against you for the relief demanded in the complaint.

                                **Sincerely,**
                                **FELICIA C. CANNON, CLERK**


                **By:** _____
                                **Deputy Clerk**


**DATE:  3/12/03**

U.S. District Court (11/1999) - Summons