# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                           Reply to Northern Division Address

April 17, 2003

Barbara Kraft, Esq.
1717 Massachusetts Ave. N.W. Suite 704
Washington, D.C. 20036

                                   Bernard v. Calhoon Meba Engineering Sch
                         Re:     Case No. AMD 03-531

Dear Counsel/Party:

       Your Answer was received in paper format on 4/17/03. This document should have been filed electronically.

       [ ]     The document has been scanned and filed electronically. The paper copy is being returned to you.

       [X]    A one time exception has been made and the paper document has been filed.

All further filings in this case should be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

       If you are not a registered CM/ECF user, you should immediately register. Registration is available on-line on the Court's web site.

       Please be advised that any future filings which are not made electronically may be returned to you.

                                             Very truly yours,

                                             S. Franke
                                             for
                                             Felicia C. Cannon, Clerk

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**

cc:     Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Warning letter