IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EDWARD G. BERNARD, JR.       : | |
|     Plaintiff,                      : | Civil Action No.: AMD 03-531 |
| v.                               : | |
| CALHOON MEBA ENGINEERING SCHOOL     : | |
|     Defendant.               : | |

### JOINT REPORT REGARDING INITIAL SCHEDULING MATTERS

Plaintiff, Edward G. Bernard, Jr., by and through his attorney Jean D. Meta, Esquire and Defendant, Calhoon MEBA Engineering School, by and through its attorneys, Barbara J. Kraft, Esquire and Beins, Axelrod, Kraft, Gleason & Gibson, P.C. and Jonathan A. Wexler, Esquire and Vedder, Price, Kaufman & Kammholz file this Joint Report Regarding Initial Scheduling Matters and state that they have reached agreement on the following:

1. The Parties have not unanimously consented to proceed before a United States Magistrate Judge.

2, The Parties are not seeking an early settlement/ADR conference.

3. Plaintiff will require 25 hours for the taking of depositions in this case.

4. Defendant will require 25 hours for the taking of depositions in this case.

- 2 -

Respectfully submitted,

*/s/ Jean D. Meta*
Jean D. Meta, Esquire
Maryland Federal Bar No.: 15569
Law Office of Jean D. Meta
133 Defense Highway, Suite 111
Annapolis, Maryland 21401
Telephone: (410) 224-0755
Facsimile: (410) 224-7079

Attorney for Plaintiff

*/s/ Barbara J. Kraft / Jean*
Barbara J. Kraft, Esquire
Maryland Federal Bar No.: 09105
1717 Massachusetts Avenue, N.W.
Suite 704
Washington, D.C. 20036
Telephone: (202) 328-7222

Jonathan A. Wexler, Esquire
Vedder, Price, Kaufman & Kammholz
805 Third Avenue, 23rd Floor
New York, New York, 10022
Telephone: (212) 407-7700
Facsimile: (212) 407-7799

Attorneys for Defendant