
**ORIGINAL**

FILED _____  ENTERED _____
LODGED _____  RECEIVED _____

FEE PAID
#1195148
FEE NOT PAID
(SEND LETTER)

MAY 3 0 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDWARD G. BERNARD, JR.,
        Plaintiff(s)

vs.                                Case No.: 03 Cv. 0531

CALHOON MEBA ENGINEERING SCHOOL,
        Defendant(s)

******

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 JUN -2 A 10: 55
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

### MOTION FOR ADMISSION *PRO HAC VICE*

I, __Barbara Kraft__, am a member in good standing of the bar of this Court. My bar number is __09105__. I am moving the admission of __Jonathan A. Wexler__ to appear *pro hac vice* in this case as counsel for __defendant__.

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York State | 3/1989 |
| Southern District of NY | 3/1989 |
| Eastern District of NNY | 3/1989 |
| Second Circuit | 2/1998 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

U.S. District Court (Rev. 03/06/2003) - Pro Hac Vice                    Page 1 of 3



of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for** admission *pro hac vice* **is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.  The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *Barbara Kraft* (Signature) | *J. A. W.* (Signature) |
| Barbara Kraft | Jonathan A. Wexler |
| Printed Name | Printed Name |
| Betts Axelrod Kraft Oleson & Gibson, P.C. | VEDDER, PRICE, KAUFMAN & KAMMHOLZ |
| Firm | Firm |
| 1717 Massachusetts Ave., NW, Ste 704 Washington, DC 20036 | 805 Third Avenue, 23rd Floor New York, New York 10022 |
| Address | Address |
| (202) 328-7222 | (212) 407-7700 |
| Telephone Number | Telephone Number |
| (202) 328-7030 | (212) 407-7799 |
| Fax Number | Fax Number |

******************************************************************

## ORDER

☑ GRANTED    ☐ DENIED

**Felicia C. Cannon**

6-2-03

Date

Clerk, United States District Court

by: *[signature]*