

$850 FEE PAID
#1195148
___ FEE NOT PAID
(SEND LETTER)

**IN THE UNITED STATES DISTRICT COURT**  **ORIGINAL**
**FOR THE DISTRICT OF MARYLAND**

EDWARD G. BERNARD, JR.,     *

       Plaintiff(s)     *

       vs.     *      Case No.: __03 Cv. 0531__

CALHOON MEBA ENGINEERING SCHOOL,     *

       Defendant(s)     ******

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 3 0 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

2003 JUN -2 A 10: 54
CLERK'S OFFICE
AT BALTIMORE
DEPUTY
FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

### MOTION FOR ADMISSION *PRO HAC VICE*

I, __Barbara Kraft__, am a member in good standing of the bar of this Court. My bar number is __09105__. I am moving the admission of

__Neal I. Korval__ to appear *pro hac vice* in this case as counsel for __defendant__

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York State | 1/82 |
| Southern District of NY | 3/82 |
| Eastern District of NY | 3/82 |
| Third Circuit | 6/00 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

U.S. District Court (Rev. 03/06/2003) - Pro Hac Vice      Page 1 of 3





of Appellate Procedure and the [court], and understands he/she shall be
subject to the disciplinary juris[diction]

[i]t.

6. Either the undersigned [...] will serve as co-counsel in these
member of the bar of this Cour[t]
proceedings.

7. **The $50.00 fee for ad**[mission] is enclosed.
check or money order payable [to U.]s District Court or by major credit card)

8. The completed Electro[nic Case Filing] Registration Form is enclosed.

Respectfully submitted,

MOVANT

*Not*

Signature
*Barbara K.*
Printed Name
*Beins Axelrod*
Firm

Address
*Washington, DC*
*(202) 328-7222*
Telephone Number
*(202) 328-7002*
Fax Number
************************

PROPOSED ADMITTEE

Signature
Neal I. Korval
Printed Name

Address
.2   407-7700
Telephone Number

(212) 407-7799
Fax Number

*6-2-03*
Date