IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EDWARD G. BERNARD, JR. | : | |
| | : | Civil Action No.: AMD-03-CV-0531 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CALHOON MEBA ENGINEERING SCHOOL | : | |
| | : | |
| Defendant. | : | |

## STATUS REPORT

Plaintiff, Edward G. Bernard, Jr., by and through his attorney, Jean D. Meta, and Defendant Calhoon MEBA Engineering School, by and through its attorneys, Barbara J. Kraft, and Beins, Axelrod, Kraft, Gleason & Gibson, P.C. and Jonathan A. Wexler, Neal I. Korval and Vedder, Price, Kaufman & Kammholz file this Status Report, pursuant to the Scheduling Order of this Honorable Court, and state as follows:

1.   Discovery.  Plaintiff has not completed discovery.  The parties jointly propose to extend the time for responding to discovery until September 12, 2003 in order to facilitate the taking of deposition by written questions, pursuant to Rule 31, Fed.R.Civ.P.  The parties have also agreed to shorten the Notice requirements proposed by Rule 31(a)(4).

2.   Motions Pending.  There are no motions pending.

3.   Dispositive Pretrial Motion.  Defendant intends to file a dispositive pretrial motion.  The parties jointly propose extending the time for filing of such motions to October 10, 2003.

4. Trial by Jury. Plaintiff has demanded a trial by jury. The estimated time for trial is three (3) days.

5. Certification. The parties certify that they have conducted serious settlement negotiations in this case. Counsel for Plaintiff spoke by telephone with Jonathan A. Wexler, counsel for Defendant, on June 10, 2003 and September 2, 2003. Counsel for Plaintiff spoke in person with Neal I. Korval, counsel for Defendant on August 21, 2003 and spoke in person with Jonathan A. Wexler, counsel for Defendant on August 27, 2003.

6. Settlement/ADR Conference. The parties do not have a need for a settlement/ADR conference at this time.

7. U.S. Magistrate. The parties have not unanimously consented to proceed before a U.S. Magistrate Judge.

8. Other Matters. Reflecting travel time and the distance between the parties, Plaintiff counsel has agreed to suspend previously scheduled deposition testimony in order to arrange for the taking of testimony by written questions, pursuant to Rule 31, Fed.R.Civ.P. The parties have also agreed to expedite the taking of testimony by written questions and have shorten the deadlines of Rule 31 (a)(4), Fed.R.Civ.P. Accordingly, the parties request that the deadline for the close of discovery be extended to September 12, 2003 and the deadline to serve dispositive motions be extended to October 10, 2003.

Respectfully submitted,

_____
Jean D. Meta, Esquire
Bar No.: 15569
Law Office of Jean D. Meta
133 Defense Highway, Suite 111
Annapolis, Maryland 21401
Telephone: (410) 224-0755
Facsimile: (410) 224-7079

Attorney for Plaintiff.

_____
Barbara J. Kraft, Esquire
Bar No.: 09105
Beins, Axelrod, Kraft, Gleason & Gibson, P.C.
1717 Massachusetts Avenue, N.W., Suite 704
Washington, D.C. 20036
Telephone: (202) 328-7222
Facsimile: (202) 328-7030

Jonathan A. Wexler, Esquire
Neal I. Korval, Esquire
Vedder, Price, Kaufman & Kammholz
805 Third Avenue—23rd Floor
New York, New York 10022
Telephone: (212) 407-7700
Facsimile: (212) 407-7799

Attorneys for Defendant.