**EXHIBIT 3**

To:         Mr. Allen Szymczak, Administrator
            MEBA Plans

From:       Henry L. Phillips, Director

Subject:    New Hire, Edward G. Bernard

~~Date:        13 November 2000~~

Dear Mr. Administrator,

Mr. Edward G. Bernard has been hired, in the maintenance department, for building and general services. Edward's hire date is 13 November 2000.

Mr. Bernard was hired under the customary probationary period with a negotiated wage of $10.50 per hour.

Please have this placed in Edward's personnel file.

Regards,


Henry L. Phillips

**EXHIBIT 4**

DOH 11/31

Re: Caretaker

Edward H. Bernard Jr.                    (410) 438-3708
1218 Barclay Rd                          (302) 632-5364
P.O. Box 21  Barclay MD 21607            (302) 331-7929

Objective: To obtain a long term career
to further my knowledge and gain
personal experience.

Work History:                    BERRY VAN LINES
                                 N. Dupont Hwy
April 2000                       Dover DE
Oct 2000
Mechanic: maintain Fleet truck service
and forklift operations

Jan 1999                         C.F. Schwartz
April 2000                       Dover, DE

Mechanic: Diesel engine Tech.

March 1990                       Tide Water Publishing Co.
NOV.  1996                       Rt 301 Centerville Md

Roll Technician/        Maintain press operations
Press Helper            keep daily logs of paper
                        stock  and paper grades/

June 1988                    Green Meadow Apartments
Aug  1989                    Smyrna, DE.

Apartment Caretaker/
Grounds Keeper


June 1988                    Island Landscaping
Aug  1989                    Cordova Rd Md

Foreman / Landscape Tech / Lawn Care Tech


Also, I am a hard worker and have
experience in light carpentry, mechanics,
lawn care #, computer skills, and
landscaping. I'm a firm believer in
doing the job right the first time!

Ref.
    Arone Senney,            (410) 438-3908
    Barclay Md.

    James Weal (Jim)         (410) 438-3226
    Barclay Md

    Betsy Schrach            (302) 698-1148
    Dover DE.

    James Munson Sr          (302) 736-0377
    Dover DE

**EXHIBIT 5**

 CALHOON MEBA ENGINEERING SCHOOL

27050 St. Michaels Road · Easton Maryland 21601 · (410) 822-9600 · Fax: (410) 822-7220

May 1, 2002

To: Joyce Matthews
From: Bob Shafer
Subject: Staff Job Description

The following pages are a brief outline of each employee's duties.  But
occasionally are subject to change due to special projects, school functions,
MARTS Forms, or emergencies that need to be completed.  If you have any
questions, suggestions, or changes that need more clarification on anyone's
job descriptions please feel free to let me know.

Sincerely,

Bob Shafer

BobShafer

32

May 1, 2002

Employee: Ed Bernard
Job Title: Mechanic & Boatman
Report To: Bob Shafer


Skills- Performs mechanic on school fleet of trucks & grounds equipment
Responsible for maintenance and cleaning of boats on daily basis.
Helping with safe boating classes and signing of boat float plans. (When in season)
Trimming & fertilize of the trees, flowers,and bushes on campus grounds
(Has a great interest of this work)
Maintains bike repair when necessary.  _

**EXHIBIT 6**

4/26/02 SIGN IN SHEET

EXHIBIT
BERNARD 1
8/21

## Employee Handbook Presentation

**9:00 am**

- Lee A. Kincaid
- VERNON FREEMAN
- Allison Schomborg
- Cynthia Dale
- MARYANNE Wilhelm
- Scott Smith
- Kathleen Kennedy
- Genevieve Henry
- Kim Cooper
- Darlene Sapp
- Willa Ball
- Bonnie Albright
- Joyce Mottern

**10:30 am**

- Connie Eidell
- Cheri Layton
- BOB WEAVER
- Luke Outten
- ROBT. LEE
- Linder Jones
- Freeman Dale
- Edward G Bernard
- Kevin Young

1:00pm

- Frederick L. Simonson
- Richard H. Crompton
- GERARD J. DUNDON
- Larry O'Lane
- Darryl McCaslin
- Hal Sanders
- [signature] K. Walsh
- Robert Smith
- Lisa McNeal
- Art Newburg
- Richard Flick
- Rick Fuller
- Lee Brown
- [signature] Wilkins
- Shirley Shelton
- Roger W. [signature]
- Ed S. Shafer Jr.
- Barry Van Vechten

3:00

- Gisela Ritter
- JANET SADLER
- Sarah L. Maxwell
- Phyllis M. Feffer
- Joan L. Villanueva
- Clarecia E. Freeman
- Teresa Smith
- Fenella M. Wilson
- Michael D. Broadway
- Bonnie Dunkley
- Hope B. Wyatt
- Tracy Pinheiro

Need to see:

W. Helms          B. Lofland
Eney              C. Miller
Eser
J. Sullivan
W. Freeman

**EXHIBIT 7**

EXHIBIT

Bernann 2
8/21

## EQUAL EMPLOYMENT OPPORTUNITY AND ANTI-HARASSMENT POLICY

1. Equal Employment Opportunity

Calhoon MEBA Engineering School (CMES) is committed to assuring equal employment opportunity without regard to race, color, sex (including pregnancy and parenting status), religion, national origin, disability, age, sexual orientation, marital status, veteran status, and any other quality or characteristic protected by applicable law. Discrimination against any employee, applicant or third party on any of these bases is absolutely prohibited. No employee or supervisor is authorized to make any employment or other decision based on any of these characteristics, in whole or in part, except as may be necessary to fulfill the CMES' obligations to consider reasonable accommodation to religious beliefs and observances, and to disabilities when requested or known.

2. Sexual and Other Harassment Prohibited

Harassment of and inappropriate, disrespectful or demeaning behavior toward applicants, employees and third parties is strictly prohibited and will not be tolerated. While this prohibition includes sexual harassment as it has been defined by the courts, it goes beyond legal definitions and includes any behavior (verbal, physical, visual, etc.) that is reasonably likely to create a hostile, intimidating or offensive environment for others.

No supervisor or manager has the authority to request or demand compliance with unwelcome or offensive conduct, sexual or otherwise, in return for any job assignment, continued employment, compensation, promotion or other term or condition of employment, and supervisors have no authority to retaliate against any individual for failure or refusal to comply with such demands or requests. Any such demand or request, and any such retaliation or attempted retaliation, constitutes a very serious violation of this policy.

3. Examples

Our policy prohibits a broad range of verbal and physical conduct, not only sexual harassment as defined by the courts.

Sexual Harassment

- Engaging in sexual favoritism or retaliation based on the granting or refusal of sexual favors.
- Displaying "pin-up" calendars or sexual demeaning pictures.
- Telling sexually-oriented jokes.
- Making sexually offensive or suggestive remarks.
- Engaging in sexual teasing, including comments about sexual orientation.
- Subjecting another employee to unwelcome pressure for dates.
- Engaging in unwelcome touching.

This conduct violates the policy both where the perpetrator and the victim are of different genders and where they are of the same gender.

Verbal Harassment

- Verbal threats to persons or regarding personal property.
- The use of vulgar or profane language.
- Disparaging or derogatory comments or slurs.
- Verbal intimidation and name calling.

Physical Hitting

- Hitting, pushing, holding, blocking or impeding the movement of another person.

This policy also prohibits harassment on the basis of race, color, religion, national origin, age, disability, sexual orientation, marital status, veteran status, and any other protected characteristic. Harassment perpetrated against an employee by an applicant for employment, a contractor or a business visitor will not be tolerated and should be reported as soon as possible.

    4.   Reporting and Complaint Procedure

Any individual who believes that he or she has been subjected to conduct that may violate this policy is expected and urged to report the conduct to any of the following (if this individual believes that any person listed below is the one responsible for the conduct, the report should not be made to that person):

   ➤  The Human Resources Manager;
   ➤  The Director of the School.

An investigation will be conducted as soon as is reasonably practicable. Confidentiality will be respected to the extent consistent with the need to conduct a fair, complete, and responsive investigation.

We do not expect individuals to be experts on issues like discrimination and harassment. This, the possibility that our investigation may not corroborate a complaint, or that we may conclude that the conduct complained of does not violate this policy, is not a reason to fail to report conduct that is found (or perceived) to be offensive. It is to everyone's benefit that conduct that is thought to be discriminatory or offensive be reported. Employees are required to report all conduct that they believe may violate this policy whether directly observed or reported to them, directly to the Human Resources Manager. Individuals charged with violations of this policy will be given the opportunity to present information in their defense.

    5.   Actions After Investigation

Our immediate goal is to take prompt remedial action to stop the discriminatory, harassing or offensive conduct if a violation of this policy is found. Our second goal is to assure that the violation will not reoccur. Even where a violation is not found, it may be appropriate to counsel individuals regarding their behavior.

Violations of this policy can lead to various penalties in addition to the remedial steps mentioned above. This can range from a notation in the individual's personnel file up to and including discharge, depending on the circumstances. We consider violations of this policy to be as serious as violations of any other fundamental policy, as not only is the Calhoon MEBA Engineering School placed at risk, but our basic concept of fairness and respect is undermined.

    6.   No Retaliation

Retaliation against any person for reporting or complaining about what he or she considers to be a violation of this policy or for cooperating in any investigation pursuant to this policy, or for filing a complaint with or cooperating in an investigation of a complaint by any federal, state or local equal employment opportunity agency or commission, is absolutely prohibited. Any such retaliation will be considered a very serious violation of this policy and should be reported. However, if an investigation reveals that a complaint under this policy knowingly or maliciously falsely accused another person of harassment, the complainant will be subject to disciplinary action, up to and including discharge.

**EXHIBIT 8**

EXHIBIT

Bernard 3
2/24

**Employee Acknowledgement Form**

      As an employee of the Calhoon MEBA Engineering School, I acknowledge receipt of the Equal Employment Opportunity and Anti-Harassment Policy in conjunction with the "Sexual Harassment and Discrimination in the Workplace" training provided to me on February 19, 2002. I understand that it is my responsibility to read and comply with the Equal Employment Opportunity and Anti-Harassment Policy and if I have any questions, they will be answered upon my request by the Human Resources Manager or the School Director.

_____   _2/19/02_____
Employee Signature                         Date

_Edward L Bernard Jr_____
Employee Name (Printed)

_____   _2/19/02_____
Witness Signature                         Date

**EXHIBIT 9**

EXHIBIT
BERNARD 21

# CUSTOMER SERVICE BEHAVIORAL INDICATORS

All Employees must demonstrate behaviors identified in the "Meets Expectations" column when it is appropriate to the situation. Behaviors identified as "All Staff" potentially apply to everyone. "Management" behaviors apply to managers and supervisors. In addition to demonstrating Management behaviors, managers and supervisors are expected to demonstrate "All Staff" behaviors as appropriate to the situation and modified to reflect their role responsibilities. Examples cited below are not meant to be all inclusive of either acceptable or unacceptable behavior. Not every employee will have the opportunity to demonstrate every behavior. Behavior examples may be role and situation specific.

| Standard | Exceptional | Proficient | Does Not Meet Expectations |
|---|---|---|---|
| **Value**<br><br>I will value each person with whom I interact by demonstrating respect, integrity and acceptance and the organization which I serve through taking responsibility for its success, appearance, and safety. | • Actions automatically incorporate measures to ensure privacy and confidentiality<br>• Reminds others tactfully when violations of confidentiality seem imminent<br>• Surveys environment for process improvement initiatives related to privacy and confidentiality<br>• Keeps abreast of current law and literature regarding confidentiality and privacy rights<br>• Incorporates cultural understanding in addressing and working with others<br>• Recognizes and supports right of others to differ in their decisions and opinions<br>• Seeks to understand others view points and how decisions will impact their belief system<br>• Encourages free expression of rights within constraints of providing an environment of quality patient care<br>• Inspects equipment for working status regularly and takes corrective action if indicated<br>• Monitors public areas throughout the day for neatness and cleanliness, takes action as required<br>• Keeps work space neat, clean, and orderly<br>• Supports staff in efforts to promote a welcoming atmosphere to work environment related to its appearance. | • Does not speak negatively about others, including management and staff, in the work place and deals with conflict appropriately<br>• Does not discuss guests' / staff personal issues or the Company's problems in public places, including elevators, cafeteria, hallways, even when the individual is not identified<br>• Does not discuss Company issues, to include staffing problems, with or in front of any guest or visitor.<br>• Does not access guest, staff or enterprise information unrelated to performance of duties<br>• Responds promptly to the requests of others<br>• Respects others of different cultures, religious beliefs, sexual orientation, gender, race, physical/mental abilities, age, economic status, political persuasion, etc. during all interactions.<br>• Cleans up after self or obtains appropriate assistance<br>• Takes responsibility for making sure public and guest areas are tidy, organized and clean<br>• Stops all persons unauthorized persons in restricted areas and asks if they need help. If in doubt regarding their authorization to be in area, contacts Facility Manager;0<br>• Observes and enforces safety rules<br>• Knows and properly enacts emergency response procedures<br><br>**Management**<br>• Does not discuss one employee's issues with another unless there is a business reason | • Leaves confidential information lying around when not in use<br>• Fails to shred or dispose properly of confidential documents<br>• Uses fax machines, email, cell phones or other modes of communication without regard to maintaining confidentiality<br>• Discusses the Company's confidential information with unauthorized persons<br>• Copies and distributes confidential information to unauthorized sources<br>• Enters rooms without knocking or announcing presence<br>• Reads others email, interoffice mail, listens to voice messages without authorization<br>• Performs duties outside job description which are unauthorized or inappropriate<br>• Uses cultural slurs, disrespectful comments, vulgar language, ethnic "put downs," harassing language/ actions, etc. in verbal or non-verbal forms of communication<br>• Stares at, ridicules or ignores those different from self<br>• Refuses to acknowledge that others have different views or beliefs and will not make allowances for differences even when it would not compromise own belief system<br>• Participates in sexual harassment activities or actions which make the work or patient care environment hostile to others who are different from themselves.<br>• Does not clean up after self or seek assistance in doing so<br>• Does not tag equipment that should be placed out of service or ask that someone initiate repair request<br>• Does not restock items or ask for items to |

Customer Service Behavioral Indicators

2

| Standard | Exceptional | Proficient | Does not Meet Expectations |
|---|---|---|---|
| | | • Does not announce or discuss with unauthorized personnel the Company's management decisions in advance<br>• Secures employer information to which he/she may have access.<br>• Takes appropriate action to stop workplace gossip and/or detrimental behaviors toward staff morale<br>• Takes prompt and appropriate action to address issues of discrimination or harassment<br>• Provides managers, supervisors and staff with resources and training to prevent issues of discrimination or harassment<br>• Demonstrates respect and acceptance of cultural differences among staff<br>• Attempts to accommodate requests by staff based on cultural, religious, or ethical concerns<br>• Consults with the Director whenever a potential issue of discrimination or harassment is identified<br>• Supports cultural diversity in all aspects of customer service<br>• Supports initiatives reflected in the Company's Affirmative Action Plan<br>• Enforces staff use of safety equipment and procedures and takes appropriate action to correct violations<br>• Monitors work area for cleanliness and public image and takes corrective action as indicated<br>• Strives to resolve department/unit issues which negatively impact quality customer service utilizing performance improvement techniques.<br>• Initiates appropriate corrective action up to and possibly including termination of employment for unacceptable customer services behaviors<br><br>**All Staff**<br>• Helps others maintain awareness of confidentiality precautions<br>• Does not share passwords except as required to provide for essential customer | be restocked when using last of supplies<br>• Does not ensure that patient rooms, to which they are assigned, have adequate supplies<br>• Does not dispose of materials properly<br>• Does not shred confidential documents or dispose in proper receptacles<br>• Does not dispose of their own outdated food in refrigerators<br>• Does not keep environment neat and clean<br>• Does not stop to pick up trash throughout the environment that is an eyesore or notify proper resources to do so<br>• Does not follow safety policies<br>• Posts personal announcements or advertisements without authorization<br>• Eats in non-designated eating areas, answers phone/questions with food in mouth |

| Standard | Exceptional | Proficient | Does not Meet Expectations |
|---|---|---|---|
| | | service and as authorized by management<br><br>• Shreds confidential documents to be destroyed<br><br>• Encourages guests or staff to use appropriate resources for problem resolution rather than seeking an attorney or outside resource<br><br>• Offers assistance and a private place when others appear distraught<br><br>• Addresses guests, significant others, visitors, and staff by the name they prefer. If in doubt, use the last name and appropriate prefix for adults and the first name for children<br><br>• Listens carefully to others needs, even when they may seem small or insignificant<br><br>• Does not make promises beyond own control<br><br>• Picks up trash in their path, disposes of trash properly<br><br>• Calls in repairs that are needed, or notifies appropriate resources of need to do so, whether in own area or not<br><br>• Refrains from eating or drinking in hallways, elevators or in public areas<br><br>• Uses information areas as designated and keeps them free from advertisement, assignments, reminder notes, etc. which have not been authorized for posting<br><br>• Within their control, keeps rooms neat and clean, offices orderly and in accordance with safety rules | |

4

Customer Service Behavioral Indicators

| Standard | Exceptional | Proficient | Does not Meet Expectations |
|---|---|---|---|
| **Commitment**<br><br>I am committed to excellence in my performance, support of the Company's mission, stewardship of resources and protection of the environment. | • Surveys environment for comfort needs of customers and proactively initiates actions to enhance comfort of area<br>• Offers to help others with difficult tasks and procedures<br>• Serves as resource in best practices for completing tasks or using equipment<br>• When necessary escorts individuals to areas when they cannot find it themselves<br>• Obtains comfort items for individuals who are upset or unable to do so on their own<br>• Always demonstrates professional image in attire and appearance | • Always ask the magic question, "what can I do to help?"<br>• Functions as team member in completion of enterprise activities, goals, and mission<br>• Attire abides by department or the Company's dress code and is appropriate for the environment<br>• Does not report to work with residual odor of alcohol or excessive smoke on body or clothing.<br><br>**Management**<br>• Monitors work areas to determine that staff have appropriate and sufficient equipment and supplies to meet customer needs.<br>• Orients new managers, supervisors, and staff to the Company's services, policies and procedures in support of quality customer service<br>• Helps make new staff feel welcome and wanted<br>• Monitors staff exit interviews for issues related to customer service and takes action to improve staff morale as indicated<br>• Utilizes behavioral interviewing techniques which focus on identifying quality customer service behaviors in selection of staff<br>• Serves as a role model in wearing appropriate attire for work environment<br>• Enforces and appropriately addresses dress code policy<br>• Confronts employees who smell of alcohol and takes appropriate action<br>• Enforces the Company's smoking policy<br><br>**All Staff**<br>• Limits the number and length of personal calls.<br>• Waits for others to exit the elevator before entering<br>• Holds the door for others when not entering a restricted access area<br>• Holds the elevator for those who are approaching | • Rarely offers assistance to others<br>• Does not respond to requests for comfort assistance or responds rudely<br>• Makes guests and others wait while employee goes first<br>• Does not restock supplies or clean up after self when it is appropriate to do so or does not inform appropriate staff of need<br>• Rushes ahead of others<br>• Ignores the needs of others<br>• Ignores the phone ringing<br>• Does not change voice mail or email messages to indicate when unavailable<br>• Does not notify anyone to request equipment repairs or submit a request themselves<br>• Ignores safety violations<br>• Does not cooperate with requests for assistance from others<br>• Does not attempt to keep abreast of the Company's services and practices<br>• Wears attire that is excessively wrinkled, wrong size, dirty, smells bad, not worn properly<br>• Has unpleasant body odor, excessive cologne or perfume, smells of alcohol or excessive smoke, etc.<br>• Wears provocative clothing, or clothes with slogans, slurs, pictures etc. inappropriate for workplace. |

| Standard | Exceptional | Proficient | Does not Meet Expectations |
|---|---|---|---|
| **Understanding**<br><br>I will strive to understand the needs of others, respect their privacy, communicate with them professionally, treat them with dignity and demonstrate appreciation of cultural differences. | • Demonstrates patience and caring in difficult guest interactions and when communications are challenging<br>• Demonstrates creativity in resolving complex communication issues<br>• Encourages customers to ask questions and assistance even when obviously under pressure<br>• Always clarifies messages of others and checks to make sure own communications are understood by recipients<br>• Always polite and respectful to others<br>• Attempts to help coworkers look at the positive vs. negative side of issues:<br>• Has received training as a mediator and uses it for the benefit of the organization<br>• Assist others in de-escalating issues<br>• Keeps manager/supervisor informed of unit issues that interfere with productivity or harmony of unit<br>• Recognized by staff and others as a resource who responds to their concerns | • Restocks supplies or notifies appropriate resource to do so<br>• If someone appears upset, stops and offers help<br>• Returns equipment and materials to proper location<br>• Helps others locate telephones, restrooms, snack areas, rest areas, administrative services, etc.<br>• Stays familiar with services offered by the Company in order to provide information to others needing additional services not provided in immediate area<br>• Assists guests and others in finding their way around.<br>• Personal hygiene is clean, odor free or light fragrances only<br>• Wears clothing that are the right size, coordinated, and clean.<br>• If "dress down" days are observed, attire is within "dress down" guidelines<br>• Demonstrates acceptance of cultural differences in costume/attire.<br>• Keeps communication open, honest, clear, timely and respectful<br>• Takes into consideration cultural and age differences with explanations<br>• Attempts to calmly resolve issues if a confronted; does not argue or become loud and aggressive; says, "I believe we both need time to cool down before we continue. Let's discuss this [specify when]." Does not interrupt when others are talking<br>• Attempts to resolve issues directly with the individuals involved; does not bring uninvolved staff into the issue<br>• Seeks clarification or assistance if what is being said or asked is not understood<br><br>**Management**<br>• Promotes communication of new policies, procedures, practices, etc to facilitate smoother transition and less disruption to service | • Provides limited information<br>• Does little or nothing to meet comfort needs of others<br>• Disappears for long periods without informing others of location; difficult to find when needed<br>• Rarely gives information about time delays in getting back to others or expected wait time<br>• When asked how long they will have to wait, answers, "how should I know?" or something similar without finding someone to assist<br>• Responses are hurried or curt<br>• Implements new processes without informing others<br>• Does not share information with others in a clear, concise manner or leaves important information out<br>• Does not send messages that are complete or accurate<br>• Does not promptly follow up on concerns, |

6

Customer Service Behavioral Indicators

| Standard | Exceptional | Proficient | Does not Meet Expectations |
|---|---|---|---|
| | with interest and with offers to assist in determining resolutions | • Empowers staff to communicate issues and concerns to promote problem resolution<br>• When meeting with staff member, gives full attention and does not allow interruptions except for emergencies<br>• When customer service issues develop with other departments, works as a team member to resolve issues without blame.<br>• Promotes importance of customer service in position descriptions and evaluation process<br>• Listens to others for understanding of their point of view<br>• Expresses positive attitude when dealing with staff and the public.<br>• Keeps tone and comments respectful and professional<br>• Serves as role model and mentor to other managers, supervisors and staff in resolving conflict<br>• Exemplifies quality customer service behaviors<br>• Provides constructive feedback regarding customer service behaviors to staff<br>• Acknowledges contributions of staff toward the Company's customer service standards<br>• Incorporates quality customer service principles in decision making<br>• Demonstrates fairness and equality when addressing staff issues<br><br>**All Staff**<br>• Offers explanations and apologies, not excuses, for delays in service<br>• Keeps others informed of availability and how to be reached<br>• Dependable, punctual and accessible<br>• Assists in providing a thorough orientation to new staff<br>• Makes eye contact with others when they are talking<br>• Maintains focus on job while working<br>• Seeks assistance from Human Resources, own chain-of-command, or the Employee | issues, or need for clarification<br>• Does not listen while others speak; frequently interrupts<br>• Often inserts own interpretation of speaker comments rather than clarifying the intent of the message<br>• Comments are disrespectful, derogatory, prejudicial; uses racial slurs and sexual inferences<br>• Reactions are disruptive to work environment<br>• Responses are loud, aggressive, rude, curt, impolite<br>• Uses vulgarity or "off color" slang in comments<br>• Does not attempt to resolve conflict but continues course toward escalating issues<br>• Discusses work-related conflicts with those not involved to solicit support for "their side."<br>• Speaks disrespectfully about management, coworkers, patients, etc.<br>• Ignores others attempting to ask them for assistance |

| Standard | Exceptional | Proficient | Does not Meet Expectations |
|---|---|---|---|
| **Hospitality**<br><br>I will embrace others with hospitality, kindness, open mindedness and a willingness to help. | • Demonstrates warm, embracing style of interaction with others<br>• Puts others at ease<br>• Comforts and supports others<br>• Always friendly and welcoming<br>• Treats everyone with utmost respect and consideration at all times<br>• Takes initiative to approach others who are new to ensure they are finding what they need or to determine if they have questions<br>• Initiates interactions with others to make them familiar with the Company in a positive and encouraging manner<br>• Provides immediate relief during distressing situation and promptly follows up to resolve non-acute issues<br>• Problem solves for prevention of future issues similar to current concern<br>• Demonstrates creative problem solving for prompt resolution of issues and follows up with long term resolution ideas<br>• Proactively evaluates situations for potential issues and plans for the unexpected<br>• Volunteers to stay over or help out in ways that go beyond the routine expectations for the position | Assistance Program (EAP) as needed<br>• If initiating formal conflict resolution processes, maintains confidentiality of issues, becomes familiar with the process, and addresses the issue within time frames required<br>• When decisions are final regarding an issue, accepts the decision gracefully and abides by it without initiating further conflict<br><br>• Greets others either before being greeted or acknowledges greeting promptly<br>• Speaks respectfully and pleasantly to coworkers, supervisors, guests, vendors, visitors and all others within the Company's environment.<br>• If cannot immediately answer a question, responds by saying, "let me see what I can do to assist you."<br>• Never says, "it's not my job." Instead explains how to get the help they need or contacts the appropriate person for assistance on their behalf.<br>• Offers apologies for delays, and then offers assistance as needed during delay.<br>• Provides assistance to coworkers in accomplishing mission and goals of unit or enterprise<br><br>**Management**<br>• Demonstrates customer service role model behavior in interactions with staff and others and maintains a calm, confident, and reassuring demeanor during conflict and guest cases.<br>• Speaks with courtesy and respect to staff<br>• Promotes the objectives of the Company during interactions with staff<br>• Demonstrates a caring and helpful attitude to staff<br>• Empowers staff to use a team approach to problem solving by gathering input from appropriate resources<br>• Promotes accountability for decisions made by staff without being accusatory or disrespectful | • Rarely smiles or acknowledges others as they approach<br>• Verbal and/or nonverbal behaviors indicate irritation or annoyance at being approached<br>• Does not speak to others when spoken to<br>• Tone is discourteous, argumentative, disrespectful, cold, and/or unsympathetic<br>• Does not wear ID badge properly<br>• Talks in a loud and/or abrupt manner<br>• Does not look at others when they approach or ask assistance; ignores others<br>• Speaks negatively of department, staff, management in public areas or initiates critical or destructive gossip or discussions among staff on a regular basis<br>• Rarely speaks to coworkers or attempts to assist others in feeling comfortable when in their presence<br>• Frequently complains about management decisions rather than providing constructive comments<br>• Continues to emphasize the need to change the decision or undermines acceptance of final decision by management, if suggestions made are not found by management to be the best course of action at the time.<br>• Unwilling to accept corrective feedback or ideas other than own<br>• Often responds, "it's not my job."<br>• Blames staffing issues or makes excuses rather than providing needed information for poor service to customers<br>• Gives excuses such as poor staffing whenever an issue is raised rather than... |

| Standard | Exceptional | Proficient | Does not Meet Expectations |
|---|---|---|---|
| **Service**<br><br>I will provide service to all guests efficiently, professionally, courteously and promptly. | • Goes beyond the basic request to assist others<br>• Encourages others to ask for help if needed and readily cooperates when requests are made, if available<br>• Watches for opportunities to be helpful to others<br>• Proactively looks for ways to improve service, procedures, and processes<br>• Speaks in a quiet, calm manner at all times<br>• Tactfully redirects others to alternate sites if actions/interaction in halls, etc. interfere with a quiet environment | • Monitors customer service outcomes from guest satisfaction surveys, staff exit interviews, and guest complaints<br>• Recognizes and provides rewards to staff for excellent customer service behaviors.<br><br>**All Staff**<br>• Introduces self by name and title to those unfamiliar with staff member's name or role<br>• Acknowledges others promptly and upon reporting to work or encountering them during activities<br>• Speaks in a soft, calm manner but loud enough to be heard by the person being addressed<br>• Assists with making new staff comfortable and familiar with environment<br>• Displays a pleasant, cooperative, respectful attitude every day<br>• Says hello to those encountered when walking throughout the environment<br>• Attempts to maintain a harmonious and pleasant work environment<br>• Behaviors result in others feeling appreciated and respected<br>• Smiles and makes eye contact with others during every interaction when it's appropriate<br>• Projects positive image of department, staff and the Company when encountering others<br>• Asks "how may I help you" when guests visitors, or staff appear to need help<br>• Cooperates as a team member in supporting customer service<br>• Does not yell or shout to others a great distance away<br>• Does not use radios, walkman, portable CD players, tape recorders, etc. in public or quiet areas.<br>• If answering the phone for someone else, takes messages that are clear and accurate and promptly has them delivered<br>• Speaks clearly and pleasantly | whenever an issue is raised rather than attempting to work through the issue or request<br>• Requests for assistance must be repeated multiple times before help is provided<br>• Leaves when giving assistance before actions complete<br>• Rarely offers solutions to issues; only complains that they exist<br>• Does not take accountability for own problem solving or actions<br>• In emergencies, refuses to do activities that are not a regular part of job but which are within the employee's competency level and legal restrictions<br>• Looks the other way or walks away when someone needs help; does not make eye contact<br>• Answers requests for assistance with "that's not my job," and does not attempt to find them other assistance<br>• Acts annoyed and irritated when approached for help or in too much of a hurry to be of assistance<br>• Gives excuses about being "understaffed" or "overworked" when approached for help<br>• Grumbles and complains about work, |

| Standard | Exceptional | Proficient | Does not Meet Expectations |
|---|---|---|---|
| | • Proactively develops creative ways to modify the environment to maintain quiet atmosphere<br>• Regularly answers phone on first or second ring<br>• Updates voice mail message whenever away from phone for more than four hours<br>• Regularly returns calls/email within 4 hours of receipt when in the office<br>• Always asks how he/she may be of assistance whenever they approach someone else<br>• Usually stops what they are doing to offer assistance to others. | **Management**<br>• Encourages staff to develop problem solving abilities and to take appropriate risks to resolve issues<br>• Available to staff to assist in problem resolution<br>• Takes appropriate action to support providing a quiet environment to guests<br>• Punctual in meeting attendance<br>• Keeps abreast of the Company's services and activities<br>• Returns calls and email messages promptly or directs others to return on his/her behalf<br>• Respectfully addresses complaints or problems with other departments or staff<br><br>**All Staff**<br>• Offers directions and guidance to all visitors and guests in environment<br>• Keeps eyes forward and acknowledges others when walking throughout the environment<br>• Provides assistance to others when asked or when need for assistance is obvious<br>• Makes sure all communications between self and others occurs within a distance that a soft and calm voice can be used to lower the general noise level<br>• Keeps volume of intercoms, telephones, computers etc. appropriate for area<br>• Requests work order to lubricate carts, equipment, etc. so as to reduce noise from movement<br>• Does not gather in hallways in large groups to talk and interact<br>• Is considerate of other's time and need for concentration<br>• Tries not to leave someone on hold more | • Provides caller with basic or routine information and attempts to provide additional assistance or resources as indicated<br>• Answers the telephone within the first few rings | coworkers, management within the presence of others<br>• Does not take the time to stop and ask someone who looks confused if they can help<br>• Speaks loudly, shouts to others far away rather than walking a distance where normal volume of voice could be heard<br>• Plays radios, etc. so that they are clearly heard by others outside their immediate space.<br>• Does not keep in mind guest need for quiet when entering guest areas.<br>• Turns up alarms, telephone ringer, etc. higher than necessary to be heard by those in immediate area (does not apply to emergency alarms)<br>• Lets phone routinely go to voice mail or lets others answer it<br>• Does not attempt to answer department main lines if clerical staff unavailable<br>• When unable to answer question, does not attempt to help caller find an appropriate resource<br>• Does not provide requested assistance to callers or others who need help that the employee cannot themselves provide<br>• Answers questions with, "that's not my job" and does not attempt to provide other assistance<br>• Does not update voice mail or email when unavailable for extended times<br>• Does not secure "backup" when unavailable<br>• Answers phone rudely, abruptly responds, mumbles, does not identify self or location, etc.<br>• Hangs up abruptly on callers without appropriate conclusion to conversation<br>• Does not deliver accurate or timely messages to others |

| Standard | Exceptional | Proficient | Does not Meet Expectations |
|---|---|---|---|
| | | • than 1 minute before checking in with them again<br>• Asks if the caller can be placed on hold, and listens for a response before putting the person on hold<br>• If the caller needs to hold for a while, asks the caller if there is something you can do to help instead, or can you take a message and have the person call back<br>• Changes voice mail messages and email messages to keep others abreast of availability<br>• Returns calls as soon a possible once available.<br>• Checks voice mail and email frequently throughout the day and responds to messages after returning to office.<br>• Initiates action related to email, voicemail, and telephone requests in a timely manner.<br>• Keeps current on department activities, services and programs in order to answer guest inquiries | |

## STAFF PERFORMANCE INDICATORS
## for DETERMINING EVALUATION RATINGS
(List not meant to be all inclusive.  May be modified according to work environment.)

| Rating | Initiative | Productivity | Quality |
|---|---|---|---|
| Exceptional | • Little or no supervision needed.<br>• Able to work through even unfamiliar situations with ease.<br>• Searches out ways to help others<br>• Sees a problem and initiates effective resolution independently<br>• Volunteers for new projects and does well<br>• Anticipates and prevents problems through work organization, monitoring procedures, and/or testing validity of assumptions<br>• Thinks and acts independently.<br>• Resourceful in familiar situations | • Definitely a 'top' producer.<br>• Almost always completes assignments ahead of deadlines<br>• Can accomplish more in less time than most with high degree of accuracy<br>• Rarely seen not being productive<br>• Produces more than most – above average.<br>• Often completes assignments ahead of deadline.<br>• Helps others meet their goals and assignments. | • Consistently highest possible quality.<br>• Final product virtually perfect<br>• Work always professional in presentation<br>• Resolves complex or sensitive issues creatively and successfully<br>• Initiates quality improvement activities<br>• Work is perfect much of the time.<br>• Usually few errors; mistakes of minor consequence.<br>• Assists in keeping unit environment neat and clean<br>• Regular participates in quality improvement activities |
| Proficient | • Requires occasional supervision in routine situations<br>• Completes assigned duties without prompting or repeated instructions<br>• Seeks out instructions when clarification needed<br>• When tasks completed, notifies supervisor of availability | • Output definitely meets requirements.<br>• Occasionally beats deadlines<br>• Keeps at assigned tasks throughout workday<br>• Keeps up with pace of office/unit<br>• Meets performance goals .<br>• Responsible and accountable for actions | • Quality acceptable – with few mistakes which are minor in terms of impact.<br>• Keeps own work environment neat and clean<br>• Follows safety procedures<br>• Participates in quality improvement activities as assigned<br>• Checks work for accuracy |
| Needs Improvement | • Requires frequent instruction and close supervision<br>• Requires prompting to complete assignments | • Low output – below average.<br>• Often late in meeting deadlines<br>• Often below productivity guidelines<br>• Repeatedly found doing things other then assigned work | • Barely meets minimum standards.<br>• Frequent mistakes sometimes with moderate consequence.<br>• Does not keep work area clean, may not use appropriate safety measures<br>• Rarely participates in completing quality improvement activities on unit |
| Does not Meet Minimal Expectations | • Generally late<br>• Must be prompted repeatedly to complete tasks<br>• Often found in places other than work area<br>• Assignments usually incomplete or late | • Rarely meets deadlines<br>• Significantly below productivity standards<br>• Rarely has a fully productive day | • Unacceptable quality<br>• Frequent and significant mistakes, often with potential for negative consequences<br>• Performance must be monitored closely for prevent negative impact<br>• Work does not meet safety or cleanliness standards |

## STAFF PERFORMANCE INDICATORS
## for DETERMINING EVALUATION RATINGS
(List not meant to be all inclusive.  May be modified according to work environment.)

| Rating | Dependability | Job Knowledge | Team Player | Customer Service |
|---|---|---|---|---|
| Exceptional | <ul><li>Completely reliable.</li><li>Goes beyond limits of tasks (within role) with little or no supervision when a need is perceived to do so.</li><li>Consistently takes appropriate risks to ensure goals are accomplished.</li><li>Excellent attendance and punctuality.</li></ul> | <ul><li>Thorough knowledge of techniques, processes, procedures, services, equipment and materials required for job.</li><li>Has a thorough understanding of how other disciplines relate to the job.</li><li>Is considered an expert by others in their field.</li></ul> | <ul><li>Incorporates team recommendations into final plan for implementation.</li><li>Sought as a member to teams</li><li>Often requested to be a team leader or facilitator</li><li>Readily participates in team activities</li><li>Diligently strives to support mission of organization making success a personal commitment</li></ul> | <ul><li>Regularly coordinates complex or multi-faceted issue resolution.</li><li>Receives frequent compliments</li><li>Frequently requested by customers</li><li>Almost always demonstrates excellent presentation of Customer Service behaviors</li></ul> |
| Proficient | <ul><li>Usually reliable and persistent in spite of most difficulties.</li><li>Consults with outside resources to get the job done.</li><li>Will often take appropriate risks to ensure tasks are accomplished.</li><li>Trustworthy but needs direction at times.</li><li>If choice is between getting support or taking risk alone, will get support.</li><li>Completes annual health assessment, competency assessments, safety testing, etc. within timeframes required.</li></ul> | <ul><li>Well informed about present tasks and related jobs.</li><li>Seldom needs assistance.</li><li>Is considered a resource for routine activities in the department</li><li>Demonstrates knowledge, skills and abilities required by the job and a sufficient knowledge of related jobs.</li><li>Strives to keep knowledge current</li><li>Seeks out clarification and additional information if needed.</li><li>Competent</li></ul> | <ul><li>Regularly makes recommendations that contribute to satisfying team goals.</li><li>Efficiently pools resources to address priorities.</li><li>Often asked to be a team member</li><li>Adapts own agenda to that of team</li><li>Participates in special projects</li><li>Actively listens and contributes.</li><li>Cooperates with other team members.</li><li>Acknowledges others viewpoints and compromises to meet team goals</li><li>Valued member of team</li><li>Completes team assignments</li></ul> | <ul><li>Coordinates non-routine issue resolution successfully.</li><li>Implements methods to avoid future issues.</li><li>Often goes beyond basics to help customers</li><li>High level of customer satisfaction</li><li>Consistently demonstrates positive guest relations.</li><li>Independently identifies and resolves routine issues</li><li>Customer feel valued and satisfied with interactions</li><li>Timely and effective resolution to customer issues.</li></ul> |
| Needs Improvement | <ul><li>Sometimes unreliable.</li><li>Avoids responsibility.</li><li>Seems to be satisfied to 'get by'.</li><li>Does not complete all aspects of annual assessment within specified time frames</li></ul> | <ul><li>Minimum knowledge for current position.</li><li>Additional training necessary.</li><li>Often does not ask for clarification when needed</li><li>Seldom seeks ways of acquiring new knowledge</li></ul> | <ul><li>Contributions add little to satisfying team goals.</li><li>May impede team progress on occasion</li><li>Attempts to accomplish "own agenda" vs. team's</li><li>Often misses meetings</li></ul> | <ul><li>Does not take initiative in resolving customer issues unless assigned.</li><li>Occasional complaint from internal and external customers</li><li>Slow to respond to customer requests</li><li>Verbal/Non-verbal communication tends to be negative</li></ul> |
| Does not Meet Minimal Expectations | <ul><li>Non-dependable</li><li>Frequent non-FMLA absences or tardiness</li><li>Seldom completes assignments</li><li>Annual assessment not completed</li><li>Information frequently inaccurate</li></ul> | <ul><li>Limited knowledge</li><li>Does not seek new knowledge</li><li>Frequently gives out incorrect information</li></ul> | <ul><li>Uncooperative</li><li>Obstacle to team accomplishments</li><li>Avoided by others</li><li>Does not complete team assignments or attend meetings</li></ul> | <ul><li>Frequent and repeated customer complaints</li><li>Frequent conflict with others</li><li>Often negative</li></ul> |

**STAFF PERFORMANCE INDICATORS**
**for DETERMINING EVALUATION RATINGS**
(List not meant to be all inclusive.  May be modified according to work environment.)

| Rating | Communications | Mentoring | Adaptability | Interpersonal Relations |
|---|---|---|---|---|
| Exceptional | • Excellent writing and speaking ability.<br>• Always clear and precise.<br>• Expresses complicated ideas in a clear manner.<br>• Excellent verbal and non-verbal skills<br>• Positive, respectful, cooperative<br>• Very effective in communicating ideas in writing and orally.<br>• Both written and oral communications are well formulated, thorough and well though-out, rarely needing additions or corrections<br>• Rarely misunderstood by others | • Anticipates future needs and proactively implements new learning opportunities<br>• Seeks opportunities to educate coworkers formally and informally.<br>• Encourages personal and professional growth of others and seeks own growth opportunities<br>• Supports coworkers in development of skills<br>• Assists in development of others without being instructed to do so | • Anticipates changes in advance and adapts quickly.<br>• Open to change<br>• Able to identify where changes are needed and make adjustments independently<br>• Demonstrates creativity in accomplishment of tasks<br>• Adapts for timely completion of tasks<br>• Learns and performs newly assigned tasks ahead of time frame.<br>• Very adaptable but may not always accurately assess impact | • Always works effectively with others and has exceptional interpersonal skills.<br>• Always seems to have the exact words for any situation.<br>• Keen insight into understanding people and readily adapts style to work effectively with diverse groups.<br>• Role model of Customer Service behaviors<br>• Always works well with others.<br>• Usually demonstrates awareness of consideration of others viewpoints.<br>• Demonstrates positive guest relations attitudes in most situations |
| Proficient | • Writes and speaks in a clear, understandable and courteous manner.<br>• Written communications usually error free.<br>• Listens and responds appropriately<br>• Uses correct punctuation and grammar<br>• Checks for mistakes | • Assists in orienting new staff upon request<br>• Assists others in learning and performing new tasks.<br>• Shares information and new knowledge with colleagues<br>• Seeks self development opportunities<br>• Timely completion of annual training | • Learns and performs newly assigned tasks and procedures accurately within established time frame.<br>• Rarely needs instructions repeated.<br>• Accepts change although perhaps not in agreement<br>• Willing to try new ideas. | • May have some difficulty communicating intricate or technical information.<br>• Gets along with others.<br>• Displays appropriate Customer Service behaviors<br>• Accepts differences of others even if not in agreement |
| Needs Improvement | • Written or spoken communication often unclear and misunderstood.<br>• Does not always listen well<br>• Makes assumptions rather than clarifying data<br>• Often inaccurate | • Rarely shares or seeks new knowledge.<br>• Unable to identify own learning needs or areas for improvement most of the time.<br>• Does not participate in the development of self or others.<br>• Does not follow through with recommendations for improvement.<br>• Does not complete required training | • Resistant to change.<br>• Slow to lean and perform new tasks.<br>• Needs frequent, repeated instructions.<br>• Frequent errors in performing new tasks or procedures. | • Occasionally causes conflict with others in the implementation of an assignment<br>• Demonstrates a resistance to accepting others viewpoints<br>• Non-verbal behaviors contradict acceptable verbal comments |
| Does not Meet Minimal Expectations | • Communications are difficult to understand<br>• Frequent misunderstanding with others | • Does not attend required training<br>• Does not assist in helping others acquire knowledge<br>• Does not complete training modules satisfactorily | • Rigid<br>• Resistant to change<br>• Refuses to change how tasks accomplished<br>• Undermines process<br>• Significant or prolonged difficulty in learning new tasks | • Frequent conflicts with others<br>• Negative verbal and non-verbal approach to addressing others<br>• Fails to maintain Customer Service Expectations |

**EXHIBIT 10**

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | ☐ FEPA<br>☒ EEOC | **120-2002-11475** |

_____ and EEOC

*State or local Agency, If any*

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone No. *(Incl Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Edward G. Bernard, Jr.** | **(410) 820-4143** | **12-22-1968** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2 Booklets Avenue Easton, MD 21601** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **MEBA CALHOON SCHOOL OF ENGINEERING** | **15 - 100** | **(410) 822-9600** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **27050 St. Michaels Road  Easton, MD 21601** | | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **09-03-2002**    Latest **10-18-2002**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s).)*:

I.   I began my employment with the above named Respondent on or about November 13, 2000. My position is Maintenance Mechanic. Beginning shortly after I began working for Respondent and continuing, I have been subjected to harassment from a coworker. The harassment takes the form of racially derogatory comments and jokes. Although I made complaints to management and Human Resources, the harassment continues. I was told by Human Resources that an investigation would be completed and my complaint would be resolved; however, The result of my complaint has created a hostile work environment. This hostile work environment continues despite my complaints.

II.  I have not been told why my complaints have not been resolved.

III. I believe I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended regarding harassment, hostile work environment based on my race, Black and in retaliation for having complained of discrimination.

**EXHIBIT**

Bernard 15
8/21/0?

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X 10/22/02    X *Edward G. B.*<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC FORM 131 (5/01)

## U. S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| Ms. Joyce Matthews<br><br>**Director**<br>MEBA CALHOON SCHOOL OF ENGINEERING<br>**27050 St. Michaels Road**<br>**Easton, MD 21601** | **Edward G. Bernard, Jr.**<br><br>THIS PERSON (*check one or both*)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br><br>EEOC CHARGE NO.<br>**120-2002-11475C** |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act          [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act          [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by _____ a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____ to _____
If you **DO NOT** wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

| **Judy Cassell, Supervisor** | **Baltimore District Office** |
|---|---|
| *EEOC Representative* | **10 South Howard Street** |
| Telephone:  **(410) 962-6631** | **3rd Floor** |
| | **Baltimore, MD 21201** |

Enclosure(s): [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[X] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN   [ ] AGE   [ ] DISABILITY   [ ] RETALIATION   [ ] OTHER

### See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| **Nov 18, 2002** | **James L. Lee, Director** | *James L. Lee* |

Enclosure with EEOC
Form 131 (5/01)

## INFORMATION ON CHARGES OF DISCRIMINATION

### EEOC RULES AND REGULATIONS

Section 1601.15 of EEOC's regulations provides that persons or organizations charged with employment discrimination may submit a statement of position or evidence regarding the issues covered by this charge.

EEOC's recordkeeping and reporting requirements are found at Title 29, Code of Federal Regulations (29 CFR): 29 CFR Part 1602 (see particularly Sec. 1602.14 below) for Title VII and the ADA; 29 CFR Part 1620 for the EPA; and 29 CFR Part 1627, for the ADEA. These regulations generally require respondents to preserve payroll and personnel records relevant to a charge of discrimination until disposition of the charge or litigation relating to the charge. (For ADEA charges, this notice is the written requirement described in Part 1627, Sec. 1627.3(b)(3), .4(a)(2) or .5(c), for respondents to preserve records relevant to the charge – the records to be retained, and for how long, are as described in Sec. 1602.14, as set out below). Parts 1602, 1620 and 1627 also prescribe record retention periods – generally, three years for basic payroll records and one year for personnel records. Questions about retention periods and the types of records to be retained should be resolved by referring to the regulations.

**Section 1602.14   Preservation of records made or kept.** . . . . Where a charge ... has been filed, or an action brought by the Commission or the Attorney General, against an employer under Title VII or the ADA, the respondent ... shall preserve all personnel records relevant to the charge or the action until final disposition of the charge or action. The term *personnel records relevant to the charge*, for example, would include personnel or employment records relating to the aggrieved person and to all other aggrieved employees holding positions similar to that held or sought by the aggrieved person and application forms or test papers completed by an unsuccessful applicant and by all other candidates or the same position as that for which the aggrieved person applied and was rejected. The date of *final disposition of the charge or the action* means the date of expiration of the statutory period within which the aggrieved person may bring [a lawsuit] or, where an action is brought against an employer either by the aggrieved person, the Commission, or the Attorney General, the date on which such litigation is terminated.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA provide that it is an unlawful employment practice for an employer to discriminate against present or former employees or job applicants, for an employment agency to discriminate against any individual, or for a union to discriminate against its members or applicants for membership, because they have opposed any practice made an unlawful employment practice by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the statutes. The Equal Pay Act contains similar provisions. Additionally, Section 503(b) of the ADA prohibits coercion, intimidation, threats, or interference with anyone because they have exercised or enjoyed, or aided or encouraged others in their exercise or enjoyment, of rights under the Act.

Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made. Please note that the Civil Rights Act of 1991 provides substantial additional monetary provisions to remedy instances of retaliation or other discrimination, including, for example, to remedy the emotional harm caused by on-the-job harassment.

### NOTICE REGARDING REPRESENTATION BY ATTORNEYS

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please give us your attorney's name, address and phone number, and ask your attorney to write us confirming such representation.

**EXHIBIT 11**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Edward G. Bernard, Jr.<br>2 Booklets Avenue<br>Easton, MD 21601 | From: Baltimore District Office<br>10 South Howard Street<br>3rd Floor<br>Baltimore, MD 21201 |
|---|---|

EXHIBIT

Bernard 16
8/21/03

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 120-2002-11475C | Judy Cassell, Supervisor | (410) 962-6631 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

Judy W. Cassell for James L. Lee

James L. Lee, Director

NOV 2 7 2002

(Date Mailed)

Enclosure(s)

cc: Joyce Matthews
Director
**MEBA CALHOON SCHOOL OF ENGINEERING**
27050 St. Michaels Road
Easton, MD 21601

INFORMATION RELATED TO FILING SUIT
UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS  --  **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day
period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an
attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the
date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent
that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is
signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate
State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after
talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement
of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the
charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.
Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be
brought where relevant employment records are kept, where the employment would have been, or where the
respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk
of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy
decisions for you.

PRIVATE SUIT RIGHTS -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For
example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit **before**
7/1/02 -- *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is
separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also
plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90
days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above,
because such requests do **not** relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge
file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be
made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



# Calhoon MEBA Engineering School

27050 St. Michaels Road          Easton, Maryland 21601
Office (410) 822-9600 X 301
Fax # (410) 822-7220
email – mebaschool@mebaschool.org

# Fax Transmittal

Company Name: _____

Contact Name: *Neal Kowal*

Fax Number: Dial 9 + *2 12 - 407-7799*

This Fax is from: *Joyce Matthew*

Descripton of Fax: _____

_____

_____

Number of pages (including cover) *3*     Date: *12/2/02*

**If there are any problems with this transmission,
please call (410) 822-9600, extension _____ immediately!!**

**EXHIBIT 12**

9/3/02                              TUESDAY 3 PM

MEETING

ED BERNARD AND BARRY LOFLAND HAS BOUGHT TO MY ATTENTION THAT THEY ARE TIRED OF WILL HELMS MAKING RACIAL REMARKS TORWARD THEM AND POSSIBLY OTHERS.

I HAVE INVITED THEM ALL TOGETHER IN MY OFFICE TO DISCUSS THIS MATTER AS ADULTS BECAUSE WE ALL NEED TO WORK TOGETHER. DAWN TRUMPS HAS BEEN INFORMED, HOWEVER WE SHOULD BE ABLE TO RESOLVE THIS MATTER IN HOUSE. IF NOT, I WILL TURN THIS MATTER OVER TO DAWN TRUMPS.

RESULTS:

BOTH PARTIES AGREED THIS WOULD NOT HAPPEN AGAIN AND WILL APOLOGIZED TO ED THAT IT WILL NEVER HAPPEN AGAIN. NO MORE NAME CALLING OR RACIAL JOKES.



EXHIBIT
Bernard 4
8/21

**EXHIBIT 13**

EXHIBIT

Bernard 5

September 4, 2002

To: Employee File of Ed Bernard and Will Helms

From: Dawn Trumps

Re: **Allegation of Racial Discrimination**

On September 4, 2002 Ed Bernard approached me to talk about a situation which occurred on Friday Aug 30, 2002 with Will Helms. Ed said that Will made the comment of "they just want to make us all their niggers" relative to the recent restructuring of the School. Ed finds the racial term offensive no matter how its used and by whom. Ed feels as though Will has an agenda to get him fired and that Will was influential in the recent decision to eliminate a management position at the School. He added that the Administrator and the Director being present at the "celebration happy hour" was proof that Will had some form of influence over the Plans management group. He also claims that Will was on "a witch hunt" in the recent situation with another Maintenance employee and he feels uncomfortable being around Will. Ed says that the word "nigger" has been used on more than one occasion by Will in the form of jokes but he never complained. He presented the complaint to me in such a way that the objectionable language was not malicious or directed individually at Ed, only jokingly. Ed told me that he has contacted an attorney who has recommended that he file a formal complaint with the Maryland Human Relations Commission.

Bob Shafer spoke with both Will and Ed yesterday afternoon and had Will apologize but Ed was not satisfied with that resolution.

I told Ed that:
(1) I was not aware of any performance-related issues relative to his employment at the School. Neither Bob Shafer (Maintenance Supervisor), Joyce Matthews (School Director) or Henry Phillips (former Director) had made me aware of any problems with him and those were the only sources who had the influence or authority to make employment-related decisions. Will Helms has no more influence than any other staff employee at the School and he was not involved in the restructuring plans.
(2) The Plans Administrator and School Director were not involved in the "celebration happy hour"; they happened to be going out for dinner and when a table was not immediately available, they left and went to a different restaurant. Joyce also sent a email to the whole staff on Sept 3rd that the departing manager should be treated with dignity and respect; derogatory comments were inappropriate.
(3) I would counsel Will directly and document our discussion for both employee files. I wanted to reinforce to the whole department that such words (even used jokingly) were inappropriate for the workplace.

Ed thanked me for talking to him, said he felt much better having done so, and would not pursue the situation any further.

Before I could call for him, Will also came to me to talk about the racial harassment allegation. He claims that all the Maintenance guys use different terms such as Chief or Pocahontas (Will is from Indian heritage) or Honkie, White Boy, Nigger, and such joking with each other and that it was never done in malice. He feels that all of the other African American employees are tolerant of the joking (and participate in kind) and questions why Ed is bringing it up now. He says that it will never happen again and that he will only speak to Ed when work requires it. Will said that he was very upset by the claim and that he contacted his attorney last night for his own protection.

I told Will that:
(1) In accordance with our Anti-Harassment policy, the incident will be documented and become a permanent part of his employee file. Additional incidents would result in progressive discipline.

(2) Regardless of why this is now becoming an issue, no employee should use words or language that can
be deemed offensive or hostile to another employee.  People react differently to things and everyone
needed to be sensitive to cultural differences.  It doesn't matter why, we weren't asking Ed to justify
how he felt.  We will stop the insensitive language.

**EXHIBIT 14**

EXHIBIT

Bernard 6
8/21

## Notes on Ed Bernard's Complaint

### 9/3/02

1. Bob Shafer advised me between 10 and 11 AM that Ed Bernard and Barry Lofland wanted to file grievances due to racially offensive language being used by Will Helms.

2. I told Bob to take the following steps:

* To make certain that Ed and Barry let Will know that his language was offensive and to refrain from using and terms that could be considered offensive.
* To speak with Will Helms himself and advise him that no comments of a racial nature would be tolerated.
* To advise Ed Bernard and Barry Lofland that they should contact Dawn Trumps and myself if the above did not satisfy his concerns.

3. Later in the afternoon Bob Shafer reported to me that he had straightened out the situation by talking it out with all of them. He said that Will apologized for his use of language.

### 9/4/02

Upon my return from a conference Wednesday evening I responded to a message left by Dawn and learned from her that both Ed Bernard and Will Helms had been to see her and that both had told her they had contacted a lawyer re the complaint. Apparently Ed confirmed that Will had used the term "niggers" in a kidding way including himself in that same group, but stated that he was tired of it. Will admitted using the term, and agreed to discontinue same.
Dawn relayed other details of the conversations. I told her I would be off property on Thursday, but would speak with Ed and with the maintenance department as a group on Friday 9/6/02.

### 9/5/02

I left a message with Bob Shafer that I wanted to a meeting with the maintenance staff on Friday afternoon.

### 9/6/02

Bob and I scheduled a staff meeting for 1 PM.

Ed Bernard came to my office at approximately 11 AM and asked to be excused from the meeting. I told him that I would not force him to attend, but wish he would consider it

because we were planning to discuss recent problems and how each of us should treat each other with respect.

I also told Ed that I had no idea he was being subjected to racially offensive language up until that time and that he should report such behavior directly to myself or to Dawn Trumps if it ever occurred in the future. I told Ed that I would definitely not put up with any type of discrimination or harassment of any kind.

Further, (due to Dawn's conversation with Ed) I told Ed that I have never questioned his work and that, in fact, he should remember how my husband Mike and I depended upon him for help with the boats at the picnic. He said he remembered that and was glad. He then excused himself and said he just did not want to meet with the rest of the group, so I agreed he did not have to attend.

2. At 1 PM I met with the other members of the maintenance staff and gave a brief talk about respecting each other and working together as professionals. I specifically said that everyone should be careful not to participate in rumors, abusive language, name-calling, false accusations, racial or sexual harrassment, or any type of discrimination. I told them again to give their coworkers the respect that they expect to receive. Finally, I told everyone that we were soon to have a new Facilities GM and that everyone should consider it a new beginning.