IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EDWARD G. BERNARD, JR. | : |
| Plaintiff, | : Case No. AMD-03-CV-531 |
| v. | : |
| CALHOON MEBA ENGINEERING SCHOOL | : |
| Defendant. | : |

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff, Edward G. Bernard, Jr., and files this Response in Opposition to Defendant's Motion for Summary Judgment on both counts set forth in Plaintiff's Complaint, on the following grounds:

Plaintiff satisfies all elements of a prima facie case of racially hostile environment because the incidents of racial remarks were so severe and pervasive as to create an abusive environment. Plaintiff also satisfies the fourth and final prong of a prima facie case for hostile environment because the actions of the Defendant in investigating the Plaintiff's Complaint resulted in no legitimate discipline of the co-worker and the comments were allowed to continue without penalty or punishment to the co-worker.

_____
Jean D. Meta, Esquire
Federal Bar No.: 15569
Law Office of Jean D. Meta
133 Defense Highway, Suite 111
Annapolis, Maryland 21401
Telephone: (410) 224-0755
Facsimile: (410) 224-7079
Attorney for Plaintiff
