**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**ANDRE M. DAVIS**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0801**<br>**FAX (410) 962-0820**<br>**MDDAMDChambers@mdd.uscourts.gov** |

February 26, 2004

MEMORANDUM TO COUNSEL RE:

Bernard v. Calhoun MEBA Engineering School
Case No. AMD 03-0531

    One of the issues presented in this case is the reasonableness of the defendant's anti-discrimination policy. As I understand it, employees must register any harassment complaints with the Human Resources Manager or Director of the School. *See* Def. Mot. for Summ. J, Ex. 7 (Equal Opportunity and Anti-Harassment Policy). Indeed, defendant argues that plaintiff's complaint of harassment on September 3, 2002, to his supervisor, Bob Shafer, was not proper under the policy. Def. Mot. for Summ. J. at 29 n. 4. This raises the issue of the reasonableness of an anti-harassment policy that places the arguably onerous burden on employees, including low-level maintenance workers, of lodging their harassment complaints with one of two high-level officials at the school, as opposed to their direct supervisor or some other official.

    This is of particular importance at this juncture because you dispute whether defendant was on notice of Helms's plainly racist remarks prior to September 2002. Defendant argues that it promptly and adequately responded to plaintiff's complaints about Helms's racist insults when Shafer, in response to his complaint, contacted the Human Resources Manager. Thus, it maintains that September 3, 2002, was the "first occasion on which [Bernard] brought any allegations of racial harassment to the attention of [Shafer] or any other managerial personnel." Def. Mot. for Sum. J. at 11. However, in the following deposition testimony, Bernard claims that he had complained to Shafer prior to September 3, 2002:

> Q: When was the first time you complained to Bob Shafer about Will Helms either acting as a racist or making racist remarks?
>
> A: I had been telling Bob Shafer that every [sic] since I started working there I didn't appreciate how Will was cracking a whole bunch jokes and stuff like that. I told him plenty of times. The last straw was when the transition was being made Bob Shafer felt like his job was on the line and he decided to call up Dawn Trumps and let her know that Will Helms was making these comments in order to save his job.

Def. Mot. for Summ. J., Ex. 1 at 72:12-73:3 (Dep. Test of Edward G. Bernard, August 21, 2003).[*] It seems clear that if there is a dispute of fact as to the reasonableness of the anti-harassment policy, a genuine dispute of material of fact related to employer liability may be presented.

    In view of the above, counsel are directed to file supplemental memoranda of no more than eight pages addressing the reasonableness of the defendant's Equal Employment Opportunity and Anti-Harassment Policy by March 5, 2004.

                              Very truly yours,
                                 /s/
                              Andre M. Davis
                              United States District Judge

AMD:tt

---

[*] I also note that page 66 of Bernard's August 21, 2003, deposition transcript was not submitted to the court as part of defendant's exhibits. I suspect that this was an inadvertent omission as the line of questioning appearing on page 65 continues through page 67, both of which were submitted. I invite the parties to submit page 66 as it may be relevant to my consideration of the issues raised herein.