UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| EDWARD G. BERNARD, JR.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CALHOON MEBA ENGINEERING SCHOOL,<br><br>　　　　　Defendant. | Case No. 1:03-CV-0531-AMD |

### AFFIDAVIT OF ROBERT SHAFER

STATE OF MARYLAND)
　　　　　　　　　) ss.:
COUNTY OF TALBOT )

NOW COMES ROBERT SHAFER, and being duly sworn, deposes and says as follows:

　　1.　　My name is Robert Shafer. I make this affidavit for the purpose of clarifying what is apparently an ambiguity in the deposition testimony of Edward G. Bernard, the Plaintiff in this case, regarding the timing of his reporting to me that his co-worker, Will Helms, had made offensive racial jokes and remarks.

　　2.　　I was Mr. Bernard's immediate supervisor during the entire time he was employed by Defendant, Calhoon MEBA Engineering School.

　　3.　　The first and only time Mr. Bernard complained to me about racial jokes and remarks made by Will Helms was on September 3, 2002. When he did so, I immediately addressed the complaint with Mr. Helms, instructed him to apologize to Mr. Bernard, which he did, instructed him that he must never engage in similar conduct again, which he agreed to do,

and asked him and Mr. Bernard to shake hands, which they did. I also promptly notified Dawn Trumps, our Human Resources Manager, about the complaint.

4.      Prior to September 3, 2002, Mr. Bernard had complained to me on a few occasions that Mr. Helms had criticized his work behind his back and made negative comments about his abilities, but he had not told me that he thought these criticisms were racially motivated and he did not tell me that any remarks, jokes or comments of Mr. Helms' had explicit racial content. Had he done so I would have taken immediate action and notified Human Resources and/or the Director of the School.

_____
Robert Shafer

Sworn to and subscribed before me this
4th day of March, 2004.

_____
Notary Public

SHIRLEY J. SHELTON
NOTARY PUBLIC
TALBOT COUNTY, MD
My Commission Expires
February 1, 2008