IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **EDWARD G. BERNARD, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**CALHOON MEBA ENGINEERING SCHOOL,**<br><br>**Defendant.** | Case No. 1:03-cv-0531-AMD |

**ADDITIONAL TRANSCRIPT PAGES REFERENCED IN DEFENDANT'S SUPPLEMENTAL MEMORANDUM**

Dated: Washington, D.C.
      March 4, 2004

BEINS, AXELROD, KRAFT, GLEASON & GIBSON, P.C.
    Barbara Kraft, Esq.
    1717 Massachusetts Avenue, N.W., Suite 704
    Washington, D.C. 20036-2001
    Attorneys for Defendant
    CALHOON MEBA ENGINEERING SCHOOL

VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
    Neal I. Korval, Esq.
    Jonathan A. Wexler, Esq.
    805 Third Avenue
    New York, New York 10022
    Telephone: (212) 407-7700
    Facsimile:  (212) 407-7799
    Attorneys for Defendant
    CALHOON MEBA ENGINEERING SCHOOL