1

1      In the United States District Court

2          The District of Maryland

3      ----------------------------------x

4   Edward G. Bernard, Jr.         :

5      Plaintiff,        : NO. SMF-03-CV-443

6         v.             :

7                        :

8   Calhoon MEBA Engineering       :

9   School                         :

10     Defendant         :

11     ----------------------------------x

12         Wednesday, August 27, 2003

13  DEPOSITION OF:

14         Dawn Trumps,

15  a witness, called by counsel pursuant to notice,

16  commencing at 10:00 a.m., which was taken at 1007

17  Eastern Avenue, Baltimore, Maryland.

18

19

20

21

13

1    Q.  Do you have an approximate number of the

2    hourly non-academic support staff?

3    A.  I will say 35.

4    Q.  How many people work in the maintenance

5    department?  Would you refer to them as departments

6    or divisions?

7    A.  Departments.

8    Q.  How many people work there, including the

9    supervisor?

10   A.  I would have to write down the names and

11   count them.  I would estimate 12 or 13.

12   Q.  Are you in a position where you could

13   identify them?

14   A.  Yes.  Identify each one.  John Mcnally.

15   Terry Mitchell.  Bob Shafer.  Bob Weaver.  Carol

16   Miller.  Luke Outten.  Vernon Freeman.  William

17   Freeman.  Kevin Young.  Will Helms.  Connie Erdell.

18   Jerry Lee.  Janet Saddler.

19        And for the sake of this discussion would

20   you like me to include Ed Bernard?

21   Q.  We can do that; yes.

35

1   look at performance. That is historically, since I

2   have been here in the last two years, I have been

3   involved in 2002 and 2003. It's typically done in

4   the month of July from the 2nd quarter board

5   meeting.

6       Q. Does the school conduct performance

7   reviews?

8       A. No.

9       Q. Are there any other mechanisms for

10  reviewing performance?

11      A. No formal mechanisms.

12      Q. Are there any informal mechanisms?

13      A. What we try to do, what I counsel my

14  managers, is to talk to their employees frequently

15  about both good and bad performance, so that the

16  employee is not surprised once a year when they sit

17  down and they get 2% or 4% or whatever the percent

18  is. They should be having discussions throughout

19  the year, and being notified almost immediately if

20  there is a good thing or bad thing occurring.

21      Q. What is the procedure that's currently in

36

1   place for filing complaints at the school?

2       A.  The procedure is that the employee should

3   report it to myself or the director.  I'm sorry.

4   You are saying regular complaints, not

5   specifically --

6           MR. WEXLER:  Clarify what kind of

7   complaints.

8           BY MS. META:

9       Q.  Any personnel complaints.

10      A.  To go to your supervisor first, myself

11  second, and the director third.  It states

12  specifically in the complaint policy that if your

13  complaint is about your supervisor, skip step one

14  and come directly to the HR person.

15      Q.  Any employee with any type of personnel

16  complaint is directed to go to their supervisor

17  first?

18      A.  That's right.

19      Q.  Are supervisors given any instruction at

20  the school in how to handle personnel complaints.

21      A.  We are conducting some sessions with them.