1

1   IN THE UNITED STATES DISTRICT COURT FOR
      THE DISTRICT OF MARYLAND
2

3   - - - - - - - - - - - - - - - - x
    EDWARD G. BERNARD, JR.          :
4   2 Brookletts Avenue             :
    Unit #A                         :
5   Easton, Maryland 21601          :
                                    :
6          Plaintiff,                :
                                    :
7        VS.              :Civil Action No.:
                          :  AMD03CV531
8   CALHOON MEBA ENGINEERING SCHOOL :
    27050 St. Michaels Road         :
9   Easton, Maryland 21601          :
                                    :
10  SERVE:                          :
                                    :
11  JOYCE MATTHEWS                  :
    27050 St. Michaels Road         :
12  Easton, Maryland 21601          :
                                    :
13         Defendant.    :
    - - - - - - - - - - - - - - - - x
14
              Baltimore, Maryland
15            Thursday, August 21, 2003

16  The deposition of

17       EDWARD G. BERNARD, JR.,

18

19

20

21

31

1   Q   How many times can you recall that you
2   had to report to Will Helms as your supervisor?
3   A   Quite a few. It was quite a few times
4   that Bob Shafer missed since I've been there. As
5   far as calculating the days, I don't have a clue.
6   Q   Did Will Helms ever do a performance
7   evaluation on you?
8   A   He always criticized behind my back and
9   it would come back to me. I remember one time Lee
10  Kincaid went to Germany or England or somewhere
11  and there was an issue about the Freebird, and I
12  think it was Barry or Luke -- no, I don't think
13  Luke was there. I think it might be Barry Lofland
14  was saying that -- I think it was Kevin, Kevin
15  Young, he's part of the grounds crew.
16      He said, Ed, you better get over there
17  on that Freebird because Will Helms' is looking
18  for. He's getting ready to dump that boat in the
19  water.
20      I said, well, if Will Helms has a
21  problem he should come to me and talk to me about

66

1  of somebody's mouth that's white it pretty much
2  gives me goose bumps. It's not a very friendly
3  word.
4    Q  Do you have an understanding of what
5  Mr. Helms made my that comment?
6    A  Any time a white man uses the word
7  nigger in a black man's presence I don't look at
8  as being a friendly in any conversations, in any
9  type of explanation.
10    Q  Did you did have an understanding of
11  who Mr. Helms was referring to when he used the
12  word they?
13    A  If you're looking directly at me and
14  you're using the working nigger, I'm looking at
15  you as calling me a nigger.
16    Q  That's not the part of the comment that
17  I'm focusing on.
18       My question was: Did you have an
19  understanding as to who Mr. Helms was referring to
20  when he used the word they? You said the comment
21  was: They are all trying to make us their

74

1    Q    At this meeting that Mr. Lofland was
2  supposed to attend, but which he didn't show up
3  for, it was you and Mr. Shafer, and did Mr. Helms
4  attend too?
5    A    Yes, Mr. Helms was in there.
6    Q    And at that time you complained to
7  Mr. Shafer in Mr. Helms' presence about the
8  comment that you had heard Mr. Helms make about
9  they're trying to make us all of their niggers?
10    A    The slick dick, how do you get a black
11  man out of a tree.  I laid it all down to him.
12    Q    You told him that he had made racial
13  jokes around also made this other comment?
14    A    Right.
15    Q    Now, your testimony was that Mr. Shafer
16  wanted to bring Dawn Trumps into it or did he make
17  an effort to resolve it independent of Ms. Trump?
18    A    He said he was going to call Dawn.
19  That's all I know.  Where it went from there...
20    Q    At that meeting with Mr. Shafer where
21  you laid it all on the line and he said he was

83

1  you referring to? Maybe I can pinpoint it in my

2  brain.

3      Q    My question is: Do you recall talking

4  with Dawn Trumps about your belief that their

5  presence at some celebration caused you to believe

6  that they were in cahoots with Will Helms?

7      A    I don't know. I do remember Will Helms

8  going out on the boat with Joyce Matthews'

9  husband; but, yes, I do remember that, him going a

10 fishing trip, on a boat ride, with Joyce's

11 husband.

12         So that made me feel like if he's going

13 on the boat with Joyce's husband, Joyce is the

14 director. I don't know who reports to who. I

15 don't know what to think.

16     Q    But you don't recall saying something

17 like that in connection with getting rid of a job?

18     A    I might have said that. I don't

19 recall.

20     Q    Well, as you're sitting here now, do

21 you believe Helms was trying to get rid of a

86

1  been here is lies. So you can tell he it's
2  snowing right now and I know right well it's 96
3  degrees outside. It was just one of those
4  situations.
5     Q    Didn't Dawn Trumps assure you that she
6  would tell the entire department that racial
7  words, even if used jokingly, were inappropriate
8  at the school?
9     A    I don't remember that.
10         MR. KORVAL: I'm going to ask the
11  reporter to mark as Defendant's Deposition Exhibit
12  Number 5 a memo from Dawn Trumps to the employee
13  files of Ed Bernard and Will Helms dated September
14  4th, 2002, and then I'll ask you to show that to
15  the witness.
16         (Whereupon, a document was marked as
17  Bernard Deposition Exhibit Number 5.)
18         BY MR. KORVAL:
19     Q    My question is going to be,
20  Mr. Bernard: Does this memo accurately reflect
21  the September 4th meeting between you and Dawn

87

1   Trumps? So take the time necessary to read the

2   memo, please.

3      A   Okay. Could you repeat the question?

4      Q   I'll restate it.

5          Does this accurately reflect the

6   conversation that you had with Dawn Trumps on

7   September 4th, 2002?

8      A   Well, now that I read it, that does

9   refresh my memory about her saying that my job is

10  not in jeopardy. I did remember that part, but

11  all of the rest, I don't remember that.

12     Q   So you don't know one way or the other?

13     A   No.

14     Q   Reading the two things, number one and

15  two, that Ms. Trumps says she told Will Helms at

16  the bottom of that and on to the top of the next

17  page, in reading those two things, do you still

18  regard Ms. Trumps as a racist?

19     A   Could you rephrase that? Could you

20  repeat the question?

21         (Whereupon the following portion of the

88

1  testimony was repeated by the Court Reporter:

2         "QUESTION: Reading the two things,

3  number one and two, that Ms. Trumps says she told

4  Will Helms at the bottom of that and on to the top

5  of the next page, in reading those two things, do

6  you still regard Ms. Trumps as a racist?")

7         THE WITNESS: Well, I believe actions

8  speak louder than words. Anybody can write down

9  anything at any given time.

10        Of course, with doing her job, that's

11  basically what she had to write. Anybody can

12  write anything.

13        BY MR. KORVAL:

14   Q   Apart from what's written here if, in

15  fact, these things were said to Mr. Helms by

16  Ms. Trumps would you agree that --

17   A   If, in fact, they were actually said?

18   Q   Yes?

19   A   If they were actually said, I'd still

20  believe it.

21   Q   You'd still believe she's a racist?

89

1    A    I'm not changing my opinion.

2    Q    I see.

3         Now, at the end of your September 4th,

4    2002, meeting with Ms. Trumps didn't you thank her

5    and tell her that would you not pursue the matter

6    any further.

7    A    No.

8    Q    I'm going to read you from her memo

9    here it says, quote, Ed thanked me for talking to

10   him; said he felt much better having done so and

11   would not pursue the situation any further.  Close

12   quote.

13   A    No.

14   Q    Are you saying that's a lie?

15   A    I'm saying that's a lie.

16   Q    Is there anything else in here that

17   you're telling me inaccurate?

18   A    Celebration party.  I don't know about

19   the celebration party.

20   Q    I thought you just said you didn't

21   recall it?

90

1   A   That's what I'm saying. I don't recall

2  or I don't remember.

3   Q   My question to you is: What in here do

4  you know to be inaccurate as opposed to you're not

5  remembering one way or the other?

6   A   Okay.

7       THE WITNESS: Would you repeat the

8  question?

9       (Whereupon the following portion of the

10  testimony was repeated by the Court Reporter:

11      "QUESTION: My question to you is:

12  What in here do you know to be inaccurate as

13  opposed to you're not remembering one way or the

14  other?")

15      THE WITNESS: The part about Will is

16  from Indian heritage.

17      BY MR. KORVAL:

18   Q   You know that that's not true?

19   A   I didn't know whether or not he was or

20  not until you said something today.

21   Q   Anything else?

91

1    A    No.

2    Q    Now, would it refresh your recollection
3    as to the celebration happy-hour comment if I tell
4    you that there was some kind of celebration on
5    August 30th, 2002, just a few days earlier, right
6    after the school had eliminated Lee Kincaid's
7    position with the school?
8         Does that help refresh your
9    recollection as to whether you made any comments
10   like that to Ms. Trumps?

11   A    No, I don't remember.

12   Q    Now, after your meeting with Dawn
13   Trumps on September 4th, did you ever discuss
14   issues of racial comments with her?

15   A    After what?

16   Q    After your meeting with her on
17   September 4th, did you ever discuss issues of
18   racial comments at the school with Dawn Trumps?

19   A    No, but they were always calling me in
20   the office every now and then asking me if there
21   was anymore jokes or anything like that.

92

1  Q  Do you think that was a responsibility
2  thing for school management to do in view of the
3  fact that you had complained about it and that you
4  told Dawn that you weren't happy with this policy?
5  A  No. It made me feel paranoid.
6  Q  Who is Joyce Matthews?
7  A  She is the director.
8  Q  Since when has she been the director of
9  the school?
10  A  I don't remember.
11  Q  Are you claiming that Ms. Matthews is a
12  racist?
13  A  Yes.
14  Q  What evidence do you have that Joyce
15  Matthews is a racist?
16  A  She hasn't done anything but lie to me.
17  That's one. And when Will Helms told me that
18  Joyce asked her if he would testify on her behalf.
19  That's two. That's good enough for me. Will went
20  out on the boat with her husband. That's three.
21  Q  What does that have to do with Joyce?

93

1  A   Birds of a feather flock together.

2  Q   I see. So you make stereo typical

3  assumptions, don't you?

4  A   I call it like I see it.

5  Q   Did you ever discuss issues of racial

6  comments at the school with Joyce Matthews?

7  A   We've had discussions about it. I

8  informed Joyce what Will Helms said. As a matter

9  of fact, me and Joyce went for a ride over to

10 Perry Hall to discuss everything that happened.

11 She wanted to talk to me.

12 Q   Was that on September 6th?

13 A   I don't remember what day it was. All

14 I know is --

15 Q   Within a couple of days of your

16 meetings?

17 A   Somewhere around in that time frame she

18 hopped in the truck and I told her we can go ahead

19 and talk.

20     MR. KORVAL: Let me show you what I'm

21 going to ask the reporter to mark as Deposition

111

1   A   I mean, they didn't do anything in the
2   beginning. So when he told me that he said that,
3   that gave me proof positive that they weren't
4   doing anything about it because if the situation
5   was remedied he wouldn't have made a comment like
6   that.
7   Q   Why didn't you go to them and tell
8   them, here, this is proof that this situation
9   isn't remedied because he made another racial
10  comment?
11  A   Because I knew it wasn't going to stop
12  and I'm tired, I'm worn down. I've been battling
13  with it for two years. I tried.
14      A person keeps trying and trying and
15  trying and nothing is going to happen, I mean,
16  eventually you give up.
17  Q   The first time you tried with the
18  school they extracted an apology from Mr. Helms
19  for you and a promise it wouldn't happen in the
20  future, correct?
21  A   If you want to put it like that. I

119

1  Ms. Matthews and Ms. Trumps met the with you

2  again, this time to investigate the threats that

3  you uttered against Mr. Helms on October 4th,

4  correct?

5     A    Yes. I think that's that letter that

6  she typed up for me to sign.

7     Q    But there was a meeting, correct?

8     A    Right.

9         MR. KORVAL: I ask the reporter to mark

10 as Deposition Exhibit 11 in an October 11th, 2002,

11 typewritten letter with some handwritten notes on

12 the bottom.

13        (Whereupon, a document was marked as

14 Bernard Deposition Exhibit Number 11.)

15        BY MR. KORVAL:

16    Q    I'm going ask you what this is,

17 Mr. Bernard?

18    A    This is the letter Joyce wrote up for

19 me to sign, because they took my words out of

20 context.

21    Q    So Joyce asked you to sign this,

132

1  the dorm project was at a standstill, and they

2  didn't need him right them. They said they would

3  call him back.

4      From what I understand -- I wasn't on

5  the phone listening to any conversations or

6  anything. From what I understand, Dawn had asked

7  Daryl if any comments were made and Daryl made the

8  comment about if I say anything will this

9  jeopardize me coming back to MEBA. It was told to

10 him that, no, it won't affect him coming back to

11 MEBA; and obviously it did because when the dorm

12 project started up in the full again they started

13 two other temps instead of Daryl.

14      That's all I know about that right

15 there.

16   Q   So it's obvious to you that because he

17 spoke to Dawn about a racial comment being made to

18 him that that was the reason that he was not

19 invited to work back at MEBA? That's your

20 testimony?

21   A   Yes, he told the truth and they didn't

153

1  Q   And then 17?

2  A   17, I don't think -- I don't ever

3  remember me and Dawn and Will being in a meeting

4  together simultaneously. I also don't know of any

5  meeting on September 5th.

6       MS. META: It says on or about.

7       BY MR. KORVAL:

8  Q   My first question to you concerns the

9  statements in paragraphs 12 to 14 that you have

10 attributed to Mr. Helms, and which you've

11 testified to here already today.

12      My question is: At the time the of

13 each of these alleged comments by Mr. Helms, he

14 was your co-worker and not your supervisor,

15 correct?

16 A   It all depends on what day it was

17 because if Bob is not the there, he's a

18 supervisor.

19 Q   Sitting here today --

20 A   I don't remember.

21 Q   -- is it your testimony that any one of

161

1   A   No.

2   Q   You didn't?

3   A   No, that's not how it went.

4   Q   In addition to the unjustified
5   deductions from weekly pay, you're also
6   complaining about threats of termination from
7   employment. I wanted to ask you, who threatened
8   you with termination from employment?

9   A   That would be whoever wrote up the
10  written warnings. So that would be Dawn, they
11  come from her; Mark D'Arcy wrote me up. Heck,
12  Mark D'Arcy wrote me up.
13      Heck he took me home one day from the
14  doctor and the next day he writes me up for
15  missing time.

16  Q   These were in connection with warnings?

17  A   Right.

18  Q   So you get the warnings and the
19  warnings may say at the end of it, further action
20  may result in further discipline up to and
21  including termination, something like that?

267

1  Q   You say, due to extremely poor

2  management practices they were about to file suit.

3  What were the management practices that you were

4  referring to?

5  A   That's what they told me, they were

6  mad. So whatever they was mad at I don't know.

7  Q   They didn't tell you what they were

8  talking about?

9  A   No.

10 Q   But they told you that they were mad at

11 McNally?

12 A   And Mark D'Arcy and Joyce.

13 Q   They felt --

14 A   And Bob.

15 Q   And Bob?

16 A   Yes.

17 Q   They felt they were being treated

18 unfairly?

19 A   I don't know how they felt they were

20 being treat.

21 Q   But the white employees were going to

285

1  meeting with him, Joyce and Dawn so we could all

2  get it straight, so everybody could hear exactly

3  what he was saying.

4      Q    Did you have a meeting with Dawn and

5  Joyce on June 26th?

6      A    I don't remember. I don't remember.

7          MR. KORVAL: Let me ask the reporter to

8  mark as Defendant's Deposition Exhibit Number 37 a

9  July 1st memo from Dawn Trumps to Ed Bernard's

10 file.

11         BY MR. KORVAL: And my question will

12 be: Does this refresh your recollection as to

13 whether you had a meeting on June 26th with those

14 people.

15         (Whereupon, a document was marked as

16 Bernard Deposition Exhibit Number 37.)

17         THE WITNESS: Bits and pieces, I

18 remember.

19         BY MR. KORVAL:

20    Q    Does this accurately reflect what took

21 place at that meeting?