IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDWARD G. BERNARD, JR.,
    Plaintiff

                        Civil No. AMD 03-0531

CALHOON MEBA
ENGINEERING SCHOOL,
    Defendant

.o0o

ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 29th day of March, 2004, by the United States District Court for the District of Maryland, ORDERED

(1)    That Motion for Summary Judgment is GRANTED AND JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT AGAINST PLAINTIFF; and it is further ORDERED

(2)    That the Clerk shall CLOSE THIS CASE.

                                                   /s/
                                  ANDRE M. DAVIS
                                  UNITED STATES DISTRICT JUDGE