$50 FEE PAID
#102679
FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ORIGINAL

MAR 2 6 2004



**EDWARD G. BERNARD, JR.,**

        Plaintiff,

Case No. 1:03-cv-0531-AMD

**CALHOON MEBA ENGINEERING SCHOOL,**

        Defendant.



### MOTION FOR ADMISSION *PRO HAC VICE*

    I, Barbara Kraft, am a member in good standing of the bar of this Court. My bar number is 09105. I am moving for the admission of Alan M. Koral to appear *pro hac vice* in this case, as counsel for Defendant.

    We certify that

    1.    The proposed admittee is a member in good standing of the bars of the following State Courts and United States Courts:

| Court | Date of Admission |
|---|---|
| Illinois State | 1975 |
| Northern District of Illinois | 1975 |
| New York State | 1977 |
| Southern District of New York | 1977 |
| Northern District of New York | 1981 |
| Eastern District of New York | 1981 |
| 11th Circuit | 1987 |
| 2nd Circuit | 1989 |

    2.    During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

    3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

    4.    The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

    5.    The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.



NEWYORK/#132295.1 3/22/04

6. The undersigned movant is also a member of this Court in good standing, and will serve as co-counsel in these proceedings.

7. The $50.00 fee for admission *pro hac vice* is enclosed.

8. The complete Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *Barbara Kraft* (signature) | *Alan Koral* (signature) |
| Signature | Signature |
| Barbara Kraft | Alan M. Koral |
| Printed Name | Printed Name |
| Beins, Axelrod, Kraft, Gleason & Gibson, P.C. | Vedder, Price, Kaufman & Kammholz, P.C. |
| Firm | Firm |
| 1717 Massachusetts Avenue, N.W. Suite 704 Washington, D.C. 20036-2001 | 805 Third Avenue New York, New York 10022 |
| Address | Address |
| (202) 328-7222 | (212) 407-7700 |
| Telephone Number | Telephone Number |
| (202) 328-7030 | (212) 407-7799 |
| Fax Number | Fax Number |

*************************************************

**ORDER**

☑ GRANTED                ☐ DENIED

3-30-04
Date

Felicia C. Cannon
Clerk, United States District Court
by *Lisa Stancov* (signature)

I certify that I mailed a copy of the foregoing Motion for Admission Pro Hac Vice to counsel for the Plaintiff at the address below, this 25th day of March, 2004:

Jean D. Meta, Esq.
Law Office of Jean D. Meta
133 Defense Highway, Suite 111
Annapolis, MD  21401

*Barbara J. Kraft* (signature)
Barbara J. Kraft

NEWYORK/#132295.1 3/22/04