IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| EDWARD G. BERNARD, JR. | : |
| | : Civil Action No.: AMD-03-0531 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CALHOON MEBA ENGINEERING SCHOOL | : |
| | : |
| Defendant. | : |

### NOTICE OF APPEAL

Notice is hereby given that Edward G. Bernard, the plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the order for summary judgment entered in this action on the 29th day of March, 2004.

*Jean D. Meta*
Jean D. Meta, Esquire
Federal Bar No.: 15569
Law Office of Jean D. Meta
133 Defense Highway, Suite 111
Annapolis, Maryland 21401
Telephone: (410) 224-0755
Facsimile: (410) 224-7079

Attorney for Plaintiff