UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
August 17, 2004

No 04-1605
CA-03-531-AMD

EDWARD G. BERNARD, JR.

    Plaintiff - Appellant

v

CALHOON MEBA ENGINEERING SCHOOL

    Defendant - Appellee

AUG 1 8 2004

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY    DEPUTY

---
O R D E R
---

    The Court dismisses this appeal for failure to prosecute pursuant to Local Rule 45

    The Clerk of the Court will issue a certified copy of this order to the Clerk of the District Court as and for the mandate

For the Court - By Direction

/s/ Patricia S. Connor
-----------------------
CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY _____
    Deputy Clerk