NOTICE OF ISSUANCE OF MANDATE

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

August 17, 2004

MANDATE

TO: Clerk, District Court/Agency

FROM: Merlene Smith-Taylor
Deputy Clerk

RE: 04-1605 Bernard v. Calhoon MEBA Eng
CA-03-531-AMD

AUG 1 8 2004

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

HEREWITH IS THE MANDATE OF THIS COURT, ISSUED THIS DATE
ON THE JUDGMENT ENTERED BY THE COURT ON 8/17/04.

[ ] Order and Certified Copy of Judgment
[ ] Opinion and Certified Copy of Judgment
[ ] Order on Costs
[X] Order dismissing appeal R42(b) or Local Rule 45
[ ] Other: _____
[ ] The record has been retained for use in case number

cc: Alan M. Koral
    Jean Danielle Meta